FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  NICOLA T. HANNA
2  United States Attorney
   BRANDON D. FOX
3  Assistant United States Attorney
   Chief, Criminal Division
4  LUCY B. JENNINGS (Cal. Bar No. 301977)
   Assistant United States Attorney
5  General Crimes Section
        1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-5487
        Facsimile: (213) 894-0141
8       E-mail:   lucy.jennings@usdoj.gov

9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11              UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        No. CR 19-MJ-3897-DUTY

14          Plaintiff,

                                    [PROPOSED] ORDER UNSEALING DOCKET
15              v.                  AND RELATED SEARCH WARRANTS

16 ALFREDO RODRIQUEZ,
   DOMINIQUE NICHOLSON,
17 DARNEL REYNOLDS, and
   WILLIE RILEY,
18
            Defendants.
19

20      The Court has read and considered the government's ex parte

21 application to unseal the docket in the above-referenced case as

22 well as related search warrants and warrant applications.

23      The Court HEREBY ORDERS that the docket in the above-

24 referenced case shall be unsealed.

25 //

26 //

27 //

28 //

1  The Court FURTHER ORDERS that the following search warrants and

2  warrant applications shall be unsealed: 19-MJ-3897-DUTY, 19-MJ-3898-

3  DUTY, 19-MJ-3899-DUTY, 19-MJ-3900-DUTY, 19-MJ-3901-DUTY shall be

4  unsealed.

5  IT IS SO ORDERED.

6

7  *Oct. 2, 2019*

DATE

8  HONORABLE ~~PATRICK J. WALSH~~
UNITED STATES MAGISTRATE JUDGE

MARIA A. AUDERO

9

10  Presented by:

11

12  /s/

LUCY B. JENNINGS
Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28